**No. 40147.**—Protest 949981–G of Roland Syndicate, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) the aneroid barometers in question were held dutiable at 27½ percent under paragraph 372 as claimed.